In re:                                                      Case No. 18-12422-aih
Marybelle Louise Thompson                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1        User: athre          Page 1 of 1          Date Rcvd: Jun 07, 2019
                           Form ID: pdf746       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db              +Marybelle Louise Thompson,    4436 E. 143rd Street,    Cleveland, OH 44128-2312
                +Marybelle Thompson,    4436 E. 143rd Street,    Cleveland, OH 44128-2312
               #+Nestle USA, Inc.,    800 N Brand Blvd.,    Glendale,, CA 91203-3213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 07 2019 23:36:54      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
cr              +E-mail/Text: bncmail@w-legal.com Jun 07 2019 23:37:45      Synchrony Bank,
                 c/o Weinstein & Riley, PS,    2001 Western Avenue Suite 400,    Seattle, WA 98121-3132
                                                                                      TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
        Lauren A. Helbling    ch13trustee@ch13cleve.com,  lhelbling13@ecf.epiqsystems.com
        Renee  Heller    on behalf of Debtor Marybelle Louise Thompson rhlegal@aol.com
                                                                            TOTAL: 2

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 7, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  June 7, 2019

ENTERED UNDER ADMINISTRATIVE
ORDER NO. 02-10: JOSIAH C. SELL,
ACTING CLERK OF BANKRUPTCY COURT
BY:  /s/ A. A. Threatt
       Deputy Clerk

### THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:   **Marybelle Thompson** | ) | **Case No. 18-12422** |
| | ) | |
| **Debtor** | ) | **CHAPTER 13** |
| | ) | |
| | ) | |
| | ) | **ORDER DIRECTING EMPLOYER TO MAKE** |
| **Social Security No. xxx-xx-8459** | ) | **DEDUCTIONS FROM DEBTOR-EMPLOYEE'S** |
| | ) | **WAGES, COMBINED WITH RELATED ORDERS** |
| | ) | |

To:   **NESTLE USA, INC.**

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code.  As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court.  Based on the Debtor's filings, the Debtor's employer is:

| | |
|---|---|
| Employer's Name: | Nestle USA, Inc. |
| Address: | 800 N Brand Blvd. |
| City/State/Zip: | Glendale, CA 91203 |
| Phone: | 877 NES-CALL |

In accordance with the relevant provisions of the Debtor's proposed Plan,

IT IS THEREFORE, ORDERED, under 11 U.S.C. §1325(c) and §1326, that the Debtor's employer immediately deduct $362.58 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court.  The Chapter 13 Trustee's name and payment address are:

Lauren Helbling, Chapter 13 Trustee
PO Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

**18-12422**

IT IS FURTHER ORDERED, under 11 U.S.C. §362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED, that if the Debtor's employment is terminated during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor:     Renée Heller (0062894)
Address:                 14077 Cedar Road, Suite 101
City/State/Zip           Cleveland, OH 44118
Phone:                   (216) 691-0404


Prepared by:


/s/ Renee Heller_____
Renee Heller (0062894)
Attorney for Debtor
14077 Cedar Road, Suite 101
Cleveland, OH 44118
(216) 691-0404


CERTIFICATE OF SERVICE

A copy of the foregoing *Order Directing Employer To Make Deductions From Debtor-Employee's Wages*

*Combined With Related Orders* has been forwarded to the following persons, via regular mail or electronically, to wit:

Lauren Helbling, Chapter 13 Trustee
Via Court mail box

Renee Heller, Attorney for Debtor
14077 Cedar Road, Suite 101
Cleveland, OH 44118

Marybelle Thompson, debtor
4436 E. 143rd Street
Cleveland, OH 44128

Nestle USA, Inc.d
800 N Brand Blvd.
Glendale, CA 91203